☞ **ORIGINAL**   *Judge Rakoff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                            :       NOTICE OF INTENT TO
                                                   FILE AN INFORMATION

JASON SANTANA,                     :

              Defendant.     :       **07 CRIM 1031**

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         November 6, 2007

                                        MICHAEL J. GARCIA
                                        United States Attorney


                       By:   _____
                            David B. Massey
                            Assistant United States Attorney

                            AGREED AND CONSENTED TO:

                     By:   _____
                            Sam Schmidt, Esq.
                            Attorney for Jason Santana

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/7/07*

11/7/07 WHEEL A