ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

UNITED STATES OF AMERICA            :

       -v.-                        :
                                                 AFFIRMATION

JASON SANTANA,                      :
                                                 07 Cr. 1031 (JSR)
                                     :

       Defendant.                   :

------------------------------------------X
STATE OF NEW YORK        )
COUNTY OF NEW YORK       :   ss.:
SOUTHERN DISTRICT OF NEW YORK )

       DAVID B. MASSEY, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he has charge of the above-entitled matter; that one JASON SANTANA, date of birth 7/20/75, Social Security Number 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, NYSID 7479804K, Book and Case Number 349-080-1527, Arrest Number 606-824-I, now detained at the Manhattan Detention Complex, 125 White Street, New York, New York, was arrested on or about January 22, 2008 by the New York City Police Department for Criminal Sale of a Controlled Substance in the Second Degree (one count) and Criminal Sale of a Controlled Substance in the Third Degree (one count). SANTANA is now incarcerated pursuant to these charges.

       The defendant is required to appear before the Honorable Jed S. Rakoff, United States District Judge, on

February 4, 2008, at 4:00 p.m., in the case <u>United States</u> v. <u>Jason Santana</u>, 07 Cr. 1031 (JSR) on the charge of operating an illegal gambling business, in violation of 18 U.S.C. §§ 1955. SANTANA was originally arrested pursuant to a warrant signed on August 10, 2007 by the Honorable Kevin N. Fox, United States Magistrate Judge.

No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully prays that a writ of *habeas corpus ad prosequendum* issue, directing the Warden of the Manhattan Detention Complex, 125 White Street, New York, New York, and the United States Marshal for the Southern District of New York, to produce the above-named defendant to the custody of the Warden or the person in charge of the Metropolitan Correction Center, to be available before the Honorable Jed S. Rakoff in Courtroom 14B, United States Court House, 500 Pearl Street, New York, New York, on February 4, 2008, at 4:00 p.m., for a court conference in the case <u>United States</u> v. <u>Jason Santana</u>, 07 Cr. 1031 (JSR), pursuant to the arrest warrant signed by Judge Fox on August 10, 2007, and that SANTANA be returned to the Manhattan Detention Complex, 125 White Street, New York, New York, after he has been discharged.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

_____
DAVID B. MASSEY
Assistant United States Attorney
(212) 637-2283

Dated: January 29, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON SANTANA,

Defendant.

AFFIRMATION

07 Cr. 1031 (JSR)

(Title 18, United States Code,
Section 1955)

MICHAEL J. GARCIA
United States Attorney



David B. Massey
Assistant U.S. Attorney
(212) 637-2283

07 Cr. 1031 (JSR)

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

    TO:    WARDEN
               Manhattan Detention Complex
               125 White Street
               New York, New York

               and

               United States Marshal for the
               Southern District of New York

GREETINGS:

        YOU ARE HEREBY COMMANDED to have the body of JASON SANTANA, date of birth 7/20/75, Social Security Number 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, NYSID 7479804K, Book and Case Number 349-080-1527, Arrest Number 606-824-I, now detained at the Manhattan Detention Complex, 125 White Street, New York, New York, released into the custody of the United States Marshals Service, so that JASON SANTANA may be transported under safe and secure conduct to the Warden or person there in charge at the Metropolitan Correction Center, New York, to be made available for prosecution in the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to the warrant for his arrest issued August 10, 2007, as soon as the defendant is available, so that he may be presented in connection with his alleged participation in a an illegal gambling operation, in violation of 18 U.S.C. §§ 1955, in a case

captioned <u>United States</u> v. <u>Jason Santana</u>, 07 Cr. 1031 (JSR), and to appear as necessary thereafter until immediately after JASON SANTANA shall have been discharged, at which time you shall return him to the Manhattan Detention Complex, 125 White Street, New York, New York, under safe and secure conduct, and have you then and there this writ.

    WITNESS the Honorable Leonard B. Sand, United States District Judge, United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, this 29 day of January 2008.

**J. MICHAEL McMAHON**
Clerk, United States District Court
Southern District of New York

The within writ is hereby allowed.

_____
United States District Judge

A TRUE COPY OF THE WRIT ISSUED
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

JASON SANTANA,

Defendant.

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

07 Cr. 1031 (JSR)

(Title 18, United States Code, Section 1955)

MICHAEL J. GARCIA
United States Attorney