```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA             :
                                     :
              -v-                    :   07 Cr. 1031 (JSR)
                                     :
JASON SANTANA                        :   ORDER
                                     :
              Defendant.             :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Upon the application of the United States Attorney's Office to have the above named defendant's bail revoked, the Court grants the application and it is

**HEREBY ORDERED** that the defendant's bail is revoked and the defendant is remanded to the custody of the United States Marshal.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08